### THE STATE v. BICK, Appellant.

**Division Two, February 25, 1902.**

For the reason expressed in State v. Thierauf, 167 Mo. 429, the indictment in this case is held to be invalid.

Appeal from St. Louis Court of Criminal Correction.—*Hon. Willis H. Clark,* Judge.

REVERSED.

*Thomas P. Bashaw* for appellant.

*Edward C. Crow,* Attorney-General, and *Jerry M. Jeffries* for the State.

BURGESS, J.—This is a companion case to the case of the State v. Thierauf, 167 Mo. 429, the only material difference being that in this case the principal is the defendant, while in the Thierauf case he was defendant's clerk, or employee. The indictments with this exception are almost exactly alike. And for the same reasons expressed in that case, the indictment in the case in hand is held to be invalid, the judgment reversed, and the defendant discharged.

All concur.